## WILLIAM W. ROSE *v.* WILLIAM MATHEWS.

APPEAL from the District Court of St. Helena, *Jones, J.*

*McHenry,* for the plaintiff,

*Sheaf,* for the appellant.

MARTIN, J. The plaintiff, overseer for the defendant, claimed $1000, with interest, for his wages during one year, under an agreement between the parties, he having been discharged without cause, before the expiration of the year.

The claim was resisted under the plea of the general issue,

and an allegation that the plaintiff was guilty of mismanage-
ment, fraud, and misrepresentation, which justified his dismis-
sal.   The defendant claimed in reconvention the sum of $500,
the price of one of his slaves sold by the plaintiff, and $500 for
money had and received.

The plaintiff had judgment for $250, for three months wages
previous to his discharge.   The defendant appealed, after an
unsuccessful attempt to obtain a new trial.   In this court, the
plaintiff and appellee has prayed for the amendment of the judg-
ment, and for the full allowance of his claim.

It appears to us that the court did not err.   There may not
have been sufficient reason for his dismissal, but he afterwards
assented thereto.   The defendant has not established his plea
in reconvention.

*Judgment affirmed.*